
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-270-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL INFORMATION |
| ) | |
| SHARON MARIE HOWELL ) | |
| ) | |

The United States Attorney charges:

Beginning in March 2007, and continuing thereafter until October 2022, both dates being approximate and inclusive, in the Eastern District of North Carolina, the defendant, SHARON MARIE HOWELL, knowingly and willfully embezzled, stole, purloined, and converted to her own use, federal funds of the United States, that is, Social Security Administration benefit payments, with an aggregate value of more than $1,000.

In violation of Title 18, United States Code, Section 641.

[Remainder of page intentionally left blank]

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any offense charged herein constituting "specified unlawful activity" (as defined in 18 U.S.C. §§ 1956(c)(7) and 1961(1)), or a conspiracy to commit such offense, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), as made applicable by 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the said offense.

The forfeitable property includes, but is not limited to, the following:

Forfeiture Money Judgment:

(a) A sum of money representing the gross proceeds of the offense(s) charged herein against SHARON MARIE HOWELL, in the amount of at least $140,000

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

MICHAEL F. EASLEY, JR.
United States Attorney

*Lisa K Labresh*

LISA K. LABRESH
Special Assistant United States Attorney
Criminal Division

Date: 8/28/23